# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:25-CR-00101-SASP-02 |
| CASE NAME: | United States of America vs. (02) Laura M. Sexton |
| ATTY FOR PLA: | Thomas Muehleck |
| ATTY FOR DEFT: | Michael Green |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | FTR-CT 5 |
| DATE: | 10/17/2025 | TIME: | 10:33 AM-10:36 AM |

COURT ACTION: EP:  1.) INITIAL APPEARANCE; and
2.) ARRAIGNMENT & PLEA to the Indictment hearing as to DEFENDANT (02) LAURA M. SEXTON had on 10/17/2025.

Defendant (02) Laura M. Sexton ("Defendant") present and in custody.

**Initial Appearance; Arraignment & Plea to the Indictment:**

Mr. Green represents Indictment received and reviewed with Defendant. Defendant understands the general nature of the charges, waives public reading and enters a Plea of Not Guilty to the Indictment. Court confirms same with Defendant. **NOT GUILTY** pleas entered.

Trial date and deadlines given.

Criminal Scheduling Order to issue.

| Trial Dates and Deadlines: | Date |
|---|---|
| 1) Jury Selection/Jury Trial to follow before Judge Park | 12/16/2025 9:00 AM **Location:** Aha Nonoi |
| 2) Trial Conference before Judge Park | 12/02/2025 10:00 AM **Location:** Aha Nonoi |
| 2a) Joint Trial Presentation Statement | 11/25/2025 |
| 3a) Motions Deadline | 11/04/2025 |
| 3b) Responses Deadline | 11/12/2025 |
| 4) Rule 16.1 Discovery Conference deadline | 10/31/2025 |
| 5) Fed. R. Evid. 404(b) | 11/12/2025 |
| **6) Motions in Limine:** | |
| 6a) Motions in Limine | 11/18/2025 |
| 6b) Memoranda in opposition to Motions in Limine | 11/25/2025 |
| 7) Brady and Giglio Material | 11/25/2025 |
| **8) Jury Instructions:** | |
| 8a) Proposed Jury Instructions | 11/18/2025 |
| 8b) Complete set of all agreed upon jury instructions | 11/25/2025 |
| 8c) Separate instructions and objections | 11/25/2025 |
| 9) Witness Lists | 11/18/2025 |
| **10) Expert Disclosures:** | |
| 10a) Parties' initial disclosures | 11/18/2025 |
| 10b) Evidence intended solely to contradict or rebut evidence on the same subject matter identified by another party under Fed. R. Crim. P. 16(a)(1)(G) or (b)(1)(C). | 11/25/2025 |
| **11) Exhibits:** | |
| 11a) Parties exchange exhibits | 12/10/2025 |
| 11b) Exhibit List, original exhibits, and 2 additional copies of exhibits (tabbed and in binders) | 12/10/2025 |
| 11c) Thumb drive of exhibits (if using JERS (Jury Evidence Recording System)) | 12/10/2025 |
| 12) Stipulations | 11/18/2025 |
| 13) Voir Dire Questions | 12/02/2025 |
| 14) Trial Briefs | 12/02/2025 |
| 15) Jencks Disclosures | 12/12/2025 |

**16) Other Matters**

Government has filed [ECF [8]] *Motion to Detain Defendant Without Bail*.

**Detention Hearing** is set for **10/22/2025 at 10:30 a.m.** in Courtroom 5 before Magistrate Judge Rom Trader.

Parties are instructed to review and comply with Judge Park's Pretrial Procedures in Criminal and Civil Cases available on the public website.

Due Process Protection Act Advisory:

The Court orders the United States to comply with its disclosure obligations under *Brady v. Maryland* and its progeny. Failing to timely do so may result in consequences such as sanctions, adverse jury instructions, exclusion of evidence, and dismissal of charges. This order incorporates the provisions of the Court's February 1, 2021 General Order Regarding Rule 5(F).

Defendant remanded to the custody of the U.S. Marshals Service.

*Submitted by: Anjelica Barker, Courtroom Manager*