KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

THOMAS MUEHLECK #3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) Case No. CR25-00101 SASP |
|---|---|
| Plaintiff, | ) |
|  | ) APPLICATION AND ORDER FOR |
|  | ) WRIT OF HABEAS CORPUS AD |
| vs. | ) PROSEQUENDUM |
|  | ) |
| WYLIE L. HURD, (01) | ) |
|  | ) |
|  | ) |
| Defendant. | ) |

APPLICATION AND ORDER FOR
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

1

COMES NOW the UNITED STATES OF AMERICA, by the United States Attorney, and represents and shows:

That the defendant Wylie L. Hurd is presently charged in the above-captioned matter with conspiring to distribute and possess with intent of distribute methamphetamine in violation of 21 U.S.C. §§ 841 and 846, and is now detained in the Vista Detention Facility, Vista, California 92081, in the custody of the Commander Christopher Lawrence.  It is necessary to have said defendant present in the above-entitled case for arraignment and plea on October 31, 2025, at 10:30 a.m., in the courtroom of the Honorable Rom Trader, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii; in order to secure the presence of defendant it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued commanding said Commander to produce said defendant to the United States Marshal in order to procure his presence in said courtroom on said date, and at such other dates as may be necessary until termination of the criminal charges now pending against the defendant.

WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum out of and under the seal of this Court, directed to said Commander commanding him to have and produce the defendant to the United States Marshal, in order to procure defendant's presence before the

2

Honorable Rom Trader in said courtroom, on said date and time, and from day to day thereafter as may be necessary; the United States Marshal shall retain custody of defendant and at the termination of the criminal charges now pending against defendant return him to the Vista Detention Facility, Vista, California.

DATED: October 20, 2025, at Honolulu, Hawaii.

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

*/s/ Thomas Muehleck*
By_____
THOMAS MUEHLECK
Assistant U.S. Attorney
UNITED STATES OF AMERICA

<u>ORDER</u>

Upon reading and filing the foregoing Application in that behalf;

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued as prayed for herein;

DATED: October 20, 2025, at Honolulu, Hawaii.



Rom A. Trader
United States Magistrate Judge

<u>United States v. Wylie L. Hurd</u>
Case No. CR25-00101 SASP
"Application and Order for Writ of Habeas Corpus Ad Prosequendum"