IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Oct 22, 2025, 4:32 pm
Lucy H. Carrillo, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 25-00101 SASP-02 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Abstract of Release |
| vs. | ) | |
| | ) | |
| LAURA M. SEXTON , | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

TO THE UNITED STATES MARSHAL AND/OR WARDEN, FEDERAL DETENTION CENTER:

Be advised that on the date of <u>October 22, 2025</u>, the Court entered the following order:

____ Defendant to be released from custody forthwith

    ____ Released to / continued on pretrial release

    ____ Sentenced to time served

    ____ Case Dismissed

    ____ Released to / continued on supervised probation / unsupervised probation

    ____ Released to / continued on supervised release

✓ Defendant to be released once bond conditions are met.  As conditions have been met effective **Friday, October 24, 2025** , defendant to be released forthwith.

____ Bench warrant recalled

____ Other:

Lucy H. Carrillo, Clerk of Court

by:    /s/ EA, Deputy Clerk