UNITED STATES PROBATION AND PRETRIAL SERVICES OFFICE
DISTRICT OF HAWAII

**PASSPORT RECEIPT**

| | |
|---|---|
| RE: | Sexton, Laura |
| Year of Birth: | 1983 |
| Place of Birth: | California |
| Case Number: | 1:25CR00101 |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Oct 30, 2025 3:10 PM
Lucy H. Carrillo, Clerk of Court

**COURT ORDER** entered on October 22, 2025

[X] **United States Passport**
Passport Number (A50756019)
to the custody of the U.S. Probation and Pretrial Services Office on October 30, 2025.

[ ] **Foreign Passport** *(Enter Country)*
Passport Number *Enter Number*
to the custody of the U.S. Probation and Pretrial Services Office on *Enter Date*.

[ ] Other _____ to the custody of the U.S. Probation and Pretrial Services Office on *Enter Date*.

*Received via defense attorney
**Client's Signature**

*[signature]*
**Officer's Signature**

**PASSPORT RETURN**

This will acknowledge receipt of Passport Number _____
and/or Other _____ previously surrendered to the U.S. Probation and Pretrial Services Office pursuant to a prior Court Order.

Date Returned: _____    Recipient's Signature: _____

*FOR USPPSO AGENCY USE ONLY*

Logged IN Passport Log
*[signature]*   10/30/2025
**Passport Guardian Signature and Date**

Logged OUT Passport Log
_____
**Passport Guardian Signature and Date**

| PURPOSE RETURNED | RETURNED TO | MAILED BY |
|---|---|---|
| ☐ Travel per Court Order | ☐ Defendant | ☐ Certified Mail |
| ☐ Incarcerated | ☐ U.S. State Department | ☐ FedEx |
| ☐ Not Convicted | ☐ ICE-ERO/Foreign Consulate | ☐ Other |
| ☐ Other | ☐ Other | |

USPPSO-HI(3/2025)