# MINUTES

CASE NUMBER: 1:25-cr-00101-SASP-01

CASE NAME: United States of America vs. (01) Wylie L. Hurd

ATTY FOR PLTF: Tom Muehleck

ATTY FOR DEFT: Catherine P. Gutierrez

US PROB OFFICER: Whitney Nakamura

---

JUDGE: Rom Trader  REPORTER: FTR–CT 5

DATE: 10/31/2025  TIME: 10:30 AM – 10:32 AM

---

COURT ACTION: EP: 1.) INITIAL APPEARANCE; and
2.) ARRAIGNMENT & PLEA to the Indictment  as to DEFENDANT (01) WYLIE L. HURD <u>NOT</u> had on 10/31/2025.

Defendant (01) Wylie L. Hurd ("Defendant") not present.  Defendant's presence waived for purposes of today's proceeding only.

Defendant not yet transported to the District of Hawaii.  Anticipate arrival in two (2) weeks.

In light of the foregoing and by agreement of the parties, the Court **CONTINUES** the **Initial Appearance, Arraignment & Plea to the Indictment** to **11/18/2025 at 10:30 a.m.** in Courtroom 6 before Magistrate Judge Kenneth J. Mansfield.

*Submitted by: Anjelica Barker, Courtroom Manager*