## MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:25-cr-00101-SASP |
| CASE NAME: | USA v. (01)Wylie L. Hurd <br> (02)Laura M. Sexton |
| ATTY FOR GOV'T: | Thomas Muehleck* |
| ATTY FOR DEFT: | (01)Catherine P. Gutierrez* <br> (02)Michael Green* |

| | | | |
|---|---|---|---|
| JUDGE: | Shanlyn A.S. Park | REPORTER: | Ann Matsumoto |
| DATE: | 11/20/2025 | TIME: | 10:00am-*am |

COURT ACTION:   EP: Rule 17.1 Pretrial Conference as to defendants (01)Wylie L. Hurd and (02)Laura M. Sexton held.

Defendant (01)Wylie L. Hurd present, in custody.

(02)Laura M. Sexton participated by phone, not in custody.

Discussion held regarding discovery, witnesses and length of trial.

Parties joint oral request to continue the trial date-GRANTED.

Court conducted a colloquy with the defendant (01)Wylie L. Hurd, he consents to a continuance of the trial date.

Court conducted a colloquy with the defendant (02)Laura M. Sexton, she consents to a continuance of the trial date.

Parties to meet and confer regarding a new trial date and will contact the courtroom manager.

Counsel to submit a stipulation and order excluding time and continuing trial date for Judge Park's review and approval. Court to issue an Amended Criminal Scheduling Order.

Defendant (01)Wylie L. Hurd remanded to the custody of the U.S. Marshals Service.

Defendant (02)Laura M. Sexton to remain on previously imposed conditions.

Submitted by: Theresa Lam, Courtroom Manager