KENNETH SORENSON
United States Attorney
District of Hawaii

THOMAS MUEHLECK #3591
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Fax: (808) 541-2958
Email: Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>WYLIE L. HURD    (01)<br>  and<br><br>LAURA M. SEXTON,  (02)<br><br>       Defendants. | Case No. CR25-00101 SASP<br><br>FIRST STIPULATION AND ORDER CONTINUING TRIAL DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>OLD TRIAL DATE: 12/16/2025<br>NEW TRIAL DATE: April 14, 2026 |

### FIRST STIPULATION CONTINUING TRIAL DATE
### AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

A.  The United States of America and the Defendants, WYLIE L. HURD and LAURA M. SEXTON, through their respective attorneys, hereby agree and stipulate to continue the trial in this case and to exclude the time period from December 16, 2025 and the new trial date of April 14, 2026, from computation under the Speedy Trial Act.  The reasons for the continuance are to provide defense counsel and defendants additional time to review discovery, consult, and prepare adequately for trial, including to investigate and determine whether to use an expert.

B.  The parties further agree that the ends of justice served by the continuance outweigh the best interests of the Defendants and the public in a speedy trial, and:

1.    The failure to grant such a continuance would be likely

☒   To make a continuation of such proceeding impossible to result in a miscarriage of justice.

2.    The case is so

☐ Unusual

☐ Complex

due to the

☐ Number of defendants

☐ Nature of the prosecution

2

☐ Existence of novel questions of fact or law

that it is unreasonable to expect adequate preparation for pretrial

proceedings or for the trial itself within the time limits established by the

Speedy Trial Act.

3.    The failure to grant the continuance would

☐ Deny the defendant reasonable time to obtain counsel

☐ Unreasonably deny the defendant continuity of counsel

☐ Unreasonably deny the government continuity of counsel

☒ Deny counsel for the defendant the reasonable time necessary for

effective preparation, the retention of any experts, review of materials,

and further investigation, taking into account the exercise of due

diligence

☐ Deny counsel for the government the reasonable time necessary for

effective preparation, taking into account the exercise of due

diligence.

//


//

3

C.    The parties further agree that the period of time from December 16, 2025 to and including April 14, 2026, constitutes a period of delay which shall be excluded in computing the time within which the trial in this case must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B).

DATED:  November 25, 2025, at Honolulu, Hawaii.

KENNETH SORENSON
Acting United States Attorney
District of Hawaii

By */s/ THOMAS MUEHLECK*
    THOMAS C. MUEHLECK
    Assistant U.S. Attorney


*/s/ Catherine Gutierrez*
CATHERINE GUTIERREZ, ESQ.
Attorney for Defendant
    WYLIE L. HURD

*/s/ Michael J. Green*
MICHAEL J. GREEN, ESQ.
Attorney for Defendant
    LAURA M. SEXTON

4

<u>ORDER CONTINUING TRIAL AND EXCLUDING
SPEEDY TRIAL ACT TIME</u>

The above First Stipulation Continuing Trial Date and Excluding Time

Under the Speedy Trial Act is hereby approved, and the agreements set forth in

paragraphs A, B, and C of the Stipulation are adopted as findings by the Court.

IT IS HEREBY ORDERED:

(1)     Jury selection and trial are set for April 14, 2026 at 9:00 a.m.;

(2)     The District Judge's Pretrial Conference is set for March 31, 2026 at

10:00 a.m. before Hon. Shanlyn A.S. Park;

(3)     Motions, other than motions in limine, deadline is March 3, 2026 and

Government Response deadline is March 10, 2026;

//

//

//

//

//

IT IS FURTHER ORDERED that the period of time from December 16, 2025 to and including April 14, 2026, constitutes a period of delay which shall be excluded in computing the time within which the trial in this case must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B).

DATED:  November 26, 2025, at Honolulu, Hawaii.



_____
Shanlyn A.S. Park
United States District Judge

UNITED STATES v. WYLIE L. HURD and LAURA M. SEXTON
Cr. No. 25-00101 SASP
"First Stipulation and Order Continuing Trial Date and Excluding Time Under the Speedy Trial Act"